UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL FLEMATE,

        Plaintiff,

v.

PAT GLEBE, et al.,

        Defendants.

CASE NO. C11-5426BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED** pursuant to Rule 25 of the Federal Rules of Civil Procedure.

Dated this 28th day of December, 2011.

                      BENJAMIN H. SETTLE
                      United States District Judge